# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONNA L. WILLIAMS,** | } | |
| **Plaintiff,** | } | |
| v. | } | Case No.: 2:08-cv-02201-RDP |
| **MIDLAND CREDIT MANAGEMENT, INC., et al.,** | } | |
| **Defendants.** | } | |

## FINAL ORDER OF JUDGMENT

This case is before the court on Plaintiff's Notice of Acceptance of Offer of Judgment (Doc. #11), filed December 23, 2008. In accordance with Federal Rule of Civil Procedure 68, the Clerk is **DIRECTED** to enter **FINAL JUDGMENT** against Defendant Midland Credit Management, Inc., in the amount of $3,500.00 plus reasonable attorneys fees to be agreed upon by the parties. Nothing in this order shall affect any claim Plaintiff has against any other party.

**DONE** and **ORDERED** this _____5th_____ day of January, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE